**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

| | | |
|---|---|---|
| **FAUNUS IP HOLDINGS LLC,** | § | |
| *Plaintiff,* | § | |
| | § | |
| *v.* | § | **CASE NO. 7:25-CV-00537-DC-DTG** |
| | § | |
| **LG ELECTRONICS, INC. and LG** | § | |
| **ELECTRONICS U.S.A., INC.,** | § | |
| *Defendants,* | § | |

## ORDER STAYING CASE

Before the Court is the joint motion to stay and notice of settlement (Dkt. No. 14). The parties represent to the Court that they have agreed to a settlement in principle that will settle all matters in controversy between the parties and request a thirty (30) day stay to submit dismissal papers. It is **ORDERED** that all unreached deadlines are **STAYED** until April 15, 2026. On or before that date, the parties are **ORDERED** to file the appropriate dismissal paperwork or move for entry of an amended scheduling order.

**SIGNED** this 23rd day of March, 2026.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE